James CERVENKA, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7245.

United States Court of Appeals,
Federal Circuit.

June 10, 2004.

Kyle E. Chadwick, Principal Attorney,
David M. Cohen, of Counsel, Washington,
DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attor-
ney, Carpenter, Chartered, Topeka, KS,
for Claimant–Appellant.

*ORDER*

Upon consideration of the appellant's
unopposed motion to voluntarily dismiss
this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.